tioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 593. DAVIS *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *Malcolm B. Montgomery* for petitioner.

No. 613. VALLEY BELL DAIRY Co., INC., ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Homer A. Holt, Stanley C. Morris* and *John V. Ray* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston* and *Victor H. Kramer* for the United States.

No. 362, Misc. RIGGLE *v.* WYOMING. Supreme Court of Wyoming. Certiorari denied. *Herbert S. French* for petitioner. *George F. Guy,* Attorney General of Wyoming, *Howard B. Black,* Deputy Attorney General, and *Arthur F. Fisher, Ellen Crowley* and *Bruce P. Badley,* Assistant Attorneys General, for respondent.

No. 236. GULF REFINING Co. *v.* PRICE ET AL. C. A. 5th Cir. Certiorari denied. *Archie D. Gray* and *Melvin Evans* for petitioner. *Jack P. F. Gremillion,* Attorney General, filed a brief for the State of Louisiana, as *amicus curiae,* in support of the petition.

No. 601. LEWIS ET UX. *v.* CARVER, TRUSTEE. C. A. 10th Cir. Certiorari denied. *John B. Ogden* for petitioners.